UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-40047 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JAIRO ZAPATA-RODRIGUEZ, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Jairo Zapata-Rodriguez.

On June 21, 2021, in the District of South Dakota, I knowingly possessed a document prescribed by statute or regulation as evidence of authorized stay in the United States. Namely, I possessed a Permanent Resident card bearing the name Jairo Zapata, ending in 206. I knew that the document was forged, counterfeited, altered, or falsely made.

My actions were in violation of 18 U.S.C. § 1546(a).

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

|  | ALISON J. RAMSDELL<br>United States Attorney |
|---|---|
| 6/10/2025 | *[signature]* |
| Date | Elizabeth A. Ebert-Webb<br>Assistant United States Attorney<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>Telephone: (605)357-2343<br>Facsimile: (605)330-4410<br>E-Mail: Elizabeth.Ebert@usdoj.gov |
| 06-10-2025 | *[signature]* |
| Date | Jairo Zapata-Rodriguez<br>Defendant |
| 6/10/25 | *[signature]* |
| Date | Hannah Moravec<br>Attorney for Defendant |

2