UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIRO ZAPATA-RODRIGUEZ,<br><br>Defendant. | CR 25-40047<br><br>SUPERSEDING INFORMATION<br><br>Possession of Fraudulent Immigration Document<br>(18 U.S.C. § 1546(a)) |

The Assistant United States Attorney charges and informs the Court:

On or about June 21, 2021, in the District of South Dakota, the defendant, Jairo Zapata-Rodriguez, an alien, knowingly possessed a United States immigration document which was not issued to him, namely, a permanent resident card ending in 206 bearing the name Jairo Zapata, knowing it was forged, counterfeited, altered, and falsely made, all in violation of 18 U.S.C. § 1546(a).

Dated this 10 day of June, 2025.

ALISON J. RAMSDELL
United States Attorney

Elizabeth A. Ebert-Webb
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2343
Facsimile: (605)330-4410
E-Mail: Elizabeth.Ebert@usdoj.gov